UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-00214 |
| Plaintiff, | OPINION & ORDER |
| vs. | [Resolving Docs. 1123, 1134, 1158] |
| DAMMARKRO SHERRON NOLAN, SR., | |
| Defendant. | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Defendant Dammarkro Sherron Nolan, Sr. requests a reduced sentence under the compassionate release statute, 18 U.S.C. § 3582.[1] The Government opposes.[2]

Nolan is serving two separate, concurrent sentences.[3] On June 15, 2015 Judge Boyko sentenced Nolan to 132 months imprisonment. On June 22, 2015, this Court sentenced Nolan to 162 months imprisonment.[4]

Judge Boyko denied Nolan's motion for compassionate release in his court.[5] Because an order from this Court would not release Nolan, the Court **DENIES** Nolan's motion without prejudice. Nolan may refile his motion after he completes Judge Boyko's sentence.

IT IS SO ORDERED.

Dated: December 3, 2020      *s/ James S. Gwin*
                              JAMES S. GWIN
                              UNITED STATES DISTRICT JUDGE

---

[1] Docs. 1123, 1134, 1158.
[2] Doc. 1169.
[3] Doc. 1158 at 3–4.
[4] *Id.*
[5] Doc. 2101.