UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, : | CASE NO. 1:14-cr-00214-JG-9 |
| Plaintiff, : | ORDER |
| v. : | |
| DAMMARKO SHERRON NOLAN, SR., : | |
| Defendant. : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On February 4, 2022, Defendant Nolan filed a motion for compassionate release.[1] On March 15, 2022, the Court appointed Edward G. Bryan as counsel for Defendant Nolan.

The Court **ORDERS** Counsel Bryan to file a supplement to Defendant Nolan's compassionate release motion, or notice of intent not to supplement Defendant's motion, within 28 days of this order.

IT IS SO ORDERED.

Dated: June 6, 2022        s/    James S. Gwin
                           JAMES S. GWIN
                           UNITED STATES DISTRICT JUDGE

---

[1] Doc. 1307.